IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA SENN,

                Plaintiff,

v.

KYLE SMITH,

                Defendant.

No. 3:18-cv-01814-HZ

VERDICT FORM

We, the jury, unanimously find as follows:

1. Did Plaintiff Linda Senn prove by a preponderance of the evidence that Defendant Kyle Smith violated her Fourth Amendment right not to be subjected to excessive force?

   YES __X__   NO _____

If you answered "YES" to Question 1, answer Question 2 about damages. If you answered "NO" to Question 1, your verdict is for the Defendant—skip Question 2, and the Presiding Juror should sign and date the verdict form.

Senn v. Smith, No. 3:18-cv-01814-HZ
JURY VERDICT FORM — 1

2. What is the monetary value of the damages that Plaintiff Linda Senn sustained as a result of Defendant Kyle Smith's conduct?

Compensatory Damages: $ 1,000

The Presiding Juror should sign and date this Verdict Form.

DATED this 2nd day of December, 2022.

------------------------------
Presiding Juror